UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL ARDOIN (#21576)

VERSUS

MEDICAL STAFF, ET AL

CIVIL ACTION

NUMBER 08-481-JVP-SCR

### RULING

On August 8, 2008, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to correct the caption to identify all parties listed in Part III of the complaint in the caption.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 11, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE